FILED
APR 0 2 2021
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19CR4273-BTM |
| Plaintiff, | ***FILED UNDER SEAL*** |
| vs. | ORDER |
| LUISA DESILAGUA, | |
| Defendant. | |

IT IS HEREBY ORDERED that Ms. Desilagua's psychological evaluation shall filed under seal.

IT IS FURTHER ORDERED that this Order, and the accompanying Application for Authorization to file psychological evaluation shall NOT be filed under seal.

IT IS SO ORDERED.

DATED: 4/1/2021

HONORABLE BARRY T. MOSKOWITZ
UNITED STATES DISTRICT JUDGE